AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEGAL, SUZANNE H. | US DIST CRT-CENTRAL DIST CA | 08/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US MAGISTRATE JUDGE-FULL-TIME | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET, NO 5100
LOS ANGELES, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #1 |
| 2. CO-TRUSTEE | TRUST #2 |
| 3. CO-TRUSTEE | TRUST #3 |
| 4. CO-TRUSTEE | TRUST #4 |
| 5. TRUSTEE | TRUST #6 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | COUNTY OF LOS ANGELES |
| 2. | 2015 | STATE OF CALIFORNIA |
| 3. | 2015 | UNIVERSITY OF SOUTHERN CALIFORNIA |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | March 3-6, 2015 | Ithaca, New York | Spoke at Women's Law Conference | Hotel, transportation, meals |
| 2. | Association of Business Trial Lawyers | April 23-25, 2015 | Palos Verdes, California | Association of Business Trail Lawyers Retreat | Hotel, transportation, meals |
| 3. | Association of Business Trial Lawyers | October 1-4, 2015 | Ojai, California | Association of Business Trail Lawyers Annual Seminar | Hotel, transportation, meals |
| 4. | Federal Bar Association, Litigation Section | October 26-27, 2015 | Washington D.C. | Federal Bar Association, Litigation Section meeting | Hotel, transportation, meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | M | T | | | | | |
| 3. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | E | Dividend | N | T | Sold (part) | 06/09/15 | J | C | |
| 4. -PROCTER & GAMBLE CO BOND | A | Interest | | | Sold | 01/14/15 | K | A | |
| 5. -VENTAS REALTY LP/CAP CRP SR BOND UNSECURED | A | Interest | K | T | | | | | |
| 6. -PASADENA CALIF UNI SCH DIST 2008 ELECTION GO BOND | A | Interest | | | Sold (part) | 07/24/15 | J | | |
| 7. | | | | | Sold | 08/26/15 | J | | |
| 8. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | K | T | | | | | |
| 9. -DEERE JOHN CAP CORP BOND | A | Interest | K | T | | | | | |
| 10. -CALIFORNIA ST FOR PREVIOUS ISS GO BONDS | A | Interest | K | T | | | | | |
| 11. -SANTA MARIA BONITA CALIF SCH D COPS BOND | A | Interest | K | T | | | | | |
| 12. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | K | T | | | | | |
| 13. -AMAZON.COM INC BOND | A | Interest | | | Sold (part) | 01/14/15 | J | A | |
| 14. | | | | | Sold (part) | 01/26/15 | J | A | |
| 15. | | | | | Sold | 02/23/15 | J | A | |
| 16. -ECOLAB INC BOND | A | Interest | K | T | | | | | |
| 17. -MONSANTO CO SR UNSECURED BOND | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CALIFORNIA ST PUB WKS BRD LEASE REV BOND 2014A | A | Interest | K | T | | | | | |
| 19. -ASTRAZENECA PLC SENIOR NOTES BOND | | None | K | T | Buy | 12/22/15 | K | | |
| 20. US BANK INTEREST CHECKING | A | Interest | J | T | | | | | |
| 21. US BANK STANDARD CHECKING | A | Interest | M | T | | | | | |
| 22. US BANK INTEREST CHECKING | | None | J | T | | | | | |
| 23. SOUTHLAND CREDIT UNION SAVINGS ACCOUNT | A | Interest | M | T | | | | | |
| 24. SOUTHLAND CREDIT UNION CERTIFICATE ACCOUNT | A | Interest | K | T | | | | | |
| 25. AMERICAN CENTURY CALIFORNIA TAX FREE BOND (Y) | | | | | | | | | |
| 26. AMERICAN ELECTRIC POWER CO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. TRUST #1 (H) | | | | | | | | | |
| 29. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | M | T | Buy (add'l) | 08/14/15 | J | | |
| 30. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | L | T | | | | | |
| 31. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | K | T | | | | | |
| 32. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | K | T | | | | | |
| 33. TRUST #2 (H) | | | | | | | | | |
| 34. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | L | T | Buy (add'l) | 08/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | L | T | | | | | |
| 36. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | K | T | | | | | |
| 37. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | K | T | | | | | |
| 38. TRUST #3 (H) | | | | | | | | | |
| 39. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | L | T | Buy (add'l) | 08/14/15 | J | | |
| 40. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | K | T | | | | | |
| 41. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | J | T | | | | | |
| 42. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | B | Dividend | K | T | | | | | |
| 43. TRUST #4 (H) | | | | | | | | | |
| 44. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | L | T | Buy (add'l) | 08/14/15 | K | | |
| 45. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | L | T | | | | | |
| 46. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | J | T | | | | | |
| 47. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | K | T | | | | | |
| 48. TRUST #5 (H) | | | | | | | | | |
| 49. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | C | Dividend | L | T | Buy (add'l) | 08/14/15 | J | | |
| 50. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | L | T | | | | | |
| 51. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | B | Dividend | K | T | | | | | |
| 53. INDIVIDUAL RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 54. -LIQUID ASSET FUND | A | Interest | K | T | | | | | |
| 55. -OAKLAND CALIFORNIA PENSION OBLIG TAXABLE BOND (Y) | | | | | | | | | |
| 56. -MS DIVIDEND GROWTH SECURITIES B, MUTUAL FUND (Y) | | | | | | | | | |
| 57. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES ANNUITY | | None | J | T | | | | | |
| 58. -INVESCO DIVERSIFIED DIVIDEND A (X) | A | Dividend | J | T | | | | | |
| 59. INDIVIDUAL RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 60. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | E | Dividend | N | T | Buy (add'l) | 08/14/15 | K | | |
| 61. | | | | | Buy (add'l) | 08/19/15 | M | | |
| 62. | | | | | Buy (add'l) | 09/14/15 | K | | |
| 63. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FUND INSTL CL | D | Dividend | M | T | Buy (add'l) | 08/19/15 | K | | |
| 64. -STATE ST INSTL LIQUID RESVS FD | A | Dividend | L | T | | | | | |
| 65. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | E | Dividend | M | T | Buy (add'l) | 08/19/15 | M | | |
| 66. -ACTAVIS FDG SCS GTD NT BOND | | None | J | T | Buy | 10/20/15 | J | | |
| 67. -AT&T INC SR UNSECURED BOND | | None | J | T | Buy | 08/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -BANK OF AMERICA CORP SR UNSECURED BOND | A | Interest | J | T | Buy | 08/25/15 | J | | |
| 69. -BAXTER INTL INC SR NT BOND | A | Interest | J | T | Buy | 09/03/15 | J | | |
| 70. -BUNGE LTD FIN CORP BOND | A | Interest | J | T | Buy | 08/24/15 | J | | |
| 71. -CITIGROUP INC BOND | | None | J | T | Buy | 08/25/15 | J | | |
| 72. -DANAHER CORP BOND | | None | J | T | Buy | 09/10/15 | J | | |
| 73. -EASTMAN CHEM CO BOND | | None | J | T | Buy | 11/17/15 | J | | |
| 74. -EATON CORP BOND | A | Interest | J | T | Buy | 10/20/15 | J | | |
| 75. -ENTERGY CORP NEW SR NT BOND | A | Interest | J | T | Buy | 08/24/15 | J | | |
| 76. -EXELON GENERATION CO LLC SR NT BOND | | None | J | T | Buy | 10/28/15 | J | | |
| 77. -GOLDMAN SACHS GROUP INC BOND | | None | J | T | Buy | 08/21/15 | J | | |
| 78. -JPMORGAN CHASE & CO BOND | | None | J | T | Buy | 08/25/15 | J | | |
| 79. -KINDER MORGAN ENERGY PARTNERS LP BOND | A | Interest | J | T | Buy | 08/24/15 | J | | |
| 80. -MCDONALDS CORP MEDIUM TERM NTS BOND | | None | J | T | Buy | 09/16/15 | J | | |
| 81. -MORGAN STANLEY SR UNSECURED BOND | A | Interest | J | T | Buy | 08/20/15 | J | | |
| 82. -NASDAQ STK MKT INC SENIOR NOTES BOND | | None | J | T | Buy | 08/24/15 | J | | |
| 83. -PENTAIR FINANCE SA SR UNSECURED BOND | | None | J | T | Buy | 09/09/15 | J | | |
| 84. -PFIZER INC NOTE BOND | A | Interest | J | T | Buy | 08/20/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -PLAINS ALL AMERN PIPELINE LP BOND | | None | J | T | Buy | 12/18/15 | J | | |
| 86. -REGENCY ENERGY PARTNERS LP SR NT BOND | | None | J | T | Buy | 09/03/15 | J | | |
| 87. -RIO TINTO FINANCE USA LTD BOND | A | Interest | J | T | Buy | 08/24/15 | J | | |
| 88. -VERIZON COMMUNICATIONS INC NT BOND | A | Interest | J | T | Buy | 08/24/15 | J | | |
| 89. -WELLS FARGO & CO NEW NT BOND | A | Interest | J | T | Buy | 08/20/15 | J | | |
| 90. -WESTERN UN CO BOND | A | Interest | J | T | Buy | 09/01/15 | J | | |
| 91. -WILLIAMS PARTNERS LP SR NT BOND | A | Interest | J | T | Buy | 08/24/15 | J | | |
| 92. -ZIMMER HLDGS INC BOND | A | Interest | J | T | Buy | 11/05/15 | J | | |
| 93. -ALCOA INC NT BOND | | None | J | T | Buy | 08/20/15 | J | | |
| 94. -AMERIGAS FINANCE LLC/COR BOND | A | Interest | J | T | Buy | 08/24/15 | J | | |
| 95. -ARCELORMITTAL LUXEMBOURG NT BOND | A | Interest | J | T | Buy | 08/20/15 | J | | |
| 96. -BALL CORP SENIOR NOTES BOND | A | Interest | J | T | Buy | 08/20/15 | J | | |
| 97. -CNH CAP LLC SR NT 17 BOND | | None | J | T | Buy | 09/11/15 | J | | |
| 98. -CNH CAP LLC SR NT 18 BOND | A | Interest | J | T | Buy | 09/01/15 | J | | |
| 99. -CONCHO RES INC SR NT BOND | | None | J | T | Buy | 11/12/15 | J | | |
| 100. -D R HORTON INC BOND | A | Interest | J | T | Buy | 08/20/15 | J | | |
| 101. -DOLPHIN SUBSIDIARY II INC SR NT BOND | A | Interest | J | T | Buy | 08/20/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  -LENNAR CORP SENIOR NOTES BOND | A | Interest | J | T | Buy | 08/24/15 | J | | |
| 103.  -RANGE RESOURCES CORPORATION SR NT BOND | A | Interest | J | T | Buy | 09/16/15 | J | | |
| 104.  -SLM CORP UNSECURED BOND | A | Interest | J | T | Buy | 09/29/15 | J | | |
| 105.  -TESORO CORP BOND | A | Interest | J | T | Buy | 08/20/15 | J | | |
| 106.  -TOLL BROS FINANCE CORP BOND | A | Interest | J | T | Buy | 09/01/15 | J | | |
| 107.  -AMERICAN EXPRESS CREDIT CORP BOND | A | Interest | J | T | Buy | 09/03/15 | J | | |
| 108.  -HOME DEPOT INC SENIOR NOTES BOND | A | Interest | J | T | Buy | 09/08/15 | J | | |
| 109.  -LOWES COS INC SR UNSECURED BOND | A | Interest | J | T | Buy | 09/09/15 | J | | |
| 110.  -NATIONAL CITY BANK BOND | A | Interest | J | T | Buy | 09/03/15 | J | | |
| 111.  0.23737% INTEREST IN MS & K REALTY CO | A | Distribution | J | T | | | | | |
| 112.  RETIREMENT PLAN #1 (H) | | | | | | | | | |
| 113.  -SAVINGS (FKA LA COUNTY) STABLE VALUE FUND | | None | | | Sold | 09/30/15 | K | | |
| 114.  -SAVINGS NON-U.S. EQUITY FUND | | None | | | Sold | 09/30/15 | K | | |
| 115.  -SAVINGS SMALL CAP EQUITY FUND | | None | | | Sold | 09/30/15 | M | | |
| 116.  -SAVINGS LARGE CAP EQUITY FUND | | None | | | Sold | 09/30/15 | N | | |
| 117.  RETIREMENT PLAN #2 (H) | | | | | | | | | |
| 118.  -HORIZONS NON-U.S. EQUITY FUND | | None | | | Sold | 09/30/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -HORIZONS SMALL CAP EQUITY FUND | | None | | | Sold | 09/30/15 | K | | |
| 120. -HORIZONS MID CAP EQUITY FUND | | None | | | Sold | 09/30/15 | L | | |
| 121. -HORIZONS LARGE CAP EQUITY FUND | | None | | | Sold | 09/30/15 | M | | |
| 122. -HORIZONS BOND FUND | | None | | | Sold | 09/30/15 | L | | |
| 123. CHASE BANK SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 124. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 125. -FIDELITY CASH (Y) | | | | | | | | | |
| 126. -FIDELITY REAL ESTATE INVESTMENT PORTFOLIO (Y) | | | | | | | | | |
| 127. -FIDELITY ASSET MANAGER 50% (Y) | | | | | | | | | |
| 128. -FIDELITY ASSET MANAGER 70% (Y) | | | | | | | | | |
| 129. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 130. -FIDELITY ASSET MANAGER 50% FUND (X) | A | Dividend | J | T | Sold (part) | 07/27/15 | J | | |
| 131. | | | | | Sold (part) | 11/30/15 | J | | |
| 132. -FIDELITY STRATEGIC DIVIDEND & INCOME FUND (X) | A | Dividend | J | T | Sold (part) | 07/27/15 | J | | |
| 133. MORGAN STANLEY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 134. -LIQUID ASSET FUND (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES ANNUITY(X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) PART I, LINE 5 - NEITHER THE FILER, HER SPOUSE OR HER DEPENDENT CHILD CREATED TRUST #6, AND NONE RECEIVE INCOME FROM OR HAVE A CURRENT BENEFICIAL INTEREST IN THIS TRUST.

2) PART VII, LINES 25, 125, 126, 127 AND 128 ARE ASSETS HELD BY A CHILD WHO IS NO LONGER A DEPENDENT OF THE FILER.

3) PART VII, ASSETS 55 AND 56 WERE DISPOSED OF IN A PRIOR YEAR BUT INADVERTENTLY NOT REMOVED FROM ASSETS LISTED AS HELD IN INDIVIDUAL RETIREMENT ACCOUNT #1.

4) PART VII, LINE 57 WAS FORMERLY KNOWN AS GOLDEN AMERICA ING OPPORTUNITIES ANNUITY.

5) PART VII, LINE 58 WAS ACQUIRED IN A PRIOR YEAR AND INADVERTENTLY OMITTED FROM THE ASSETS LISTED AS HELD IN INDIVIDUAL RETIREMENT ACCOUNT #1.

6) PART VII, LINES 130 AND 132 WERE ACQUIRED IN A PRIOR YEAR IN AN ACCOUNT IN THE NAMES OF THE FILER'S SPOUSE AND DEPENDENT CHILD AND WERE INADVERTENTLY OMITTED FROM THE PREVIOUS REPORT.

7) PART VII, LINES 134 AND 135 - THE VALUES AND INCOME OF THESE ASSETS WERE INADVERTENTLY COMBINED WITH THE ASSETS HELD IN INDIVIDUAL RETIREMENT ACCOUNT #1 IN THE PREVIOUS REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUZANNE H. SEGAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544